IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL ANDERSON
PETITIONER

VS.                    CASE NO. 5:07CV00203 JMM

LARRY NORRIS, Director,
RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings. Judgment shall be entered accordingly.

SO ORDERED this  31   day of  March , 2008.

_____
UNITED STATES DISTRICT JUDGE