IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL ANDERSON                                                          PETITIONER

VS.                           CASE NO. 5:07CV00203 JMM

LARRY NORRIS, Director,
Arkansas Department of Correction                                         RESPONDENT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that this petition be, and it is hereby, dismissed with prejudice. The relief prayed for is denied.

SO ADJUDGED this   31   day of   March  , 2008.

_____
UNITED STATES DISTRICT JUDGE