**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**MICHAEL ANDERSON**                                                                    **PETITIONER**

**VS.**                        **CASE NO. 5:07CV00203 JMM**

**LARRY NORRIS, DIRECTOR,**
**ARKANSAS DEPARTMENT OF CORRECTION**                                **RESPONDENT**

**ORDER**

Pending before the Court is petitioner's Motion for a Certificate of Appealability.

For this Court to grant a certificate of appealability, the petitioners must make a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2); *Hubbeling v. United States*, 288 F.3d 363 (8th Cir. 2002) .   A "substantial showing" is one in which a petitioner demonstrates that his "'issues are debatable among jurists of reason; that a court could resolve the issues [in a different manner]; or that the questions are adequate to deserve encouragement to proceed further.'"  *Randolph v. Kemna,* 276 F.3d 401, 402 n.1 (8th Cir.2002) *(*citing *Barefoot v. Estelle*, 463 U.S. 880, 893 (1983)).

Petitioner has failed to make a substantial showing of the denial of any constitutional right and his Motion for Certificate of Appealability is denied.

IT IS SO ORDERED this ___8___ day of April, 2008.

.

_____
James M. Moody
United States District Judge